UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---

DOROTHY RENEE JACKSON

       Plaintiff,                            Case No.: 8:19-cv-01009-TDC

v.

JTM CAPITAL MANAGEMENT, LLC
WEINBERG MEDIATION GROUP LLC
ROYAL ASSET MANAGEMENT, INC.

       Defendants.

---

## **DEFENDANT JTM CAPITAL MANAGEMENT, LLC'S CORPORATE DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, Defendant JTM Capital Management, LLC, by and through its undersigned attorneys hereby notifies this Court and all parties of the following:

1. JTM Capital Management, LLC is a Delaware limited liability company with a principal place of business in the State of New York.

2. JTM Capital Management, LLC has no parent company.

3. No publicly held corporation owns 10% or more interest of JTM Capital Management, LLC.

DATED:    April 8, 2019

                                           **BRAULT GRAHAM, LLC**

                                           /s James M. Brault
                                           James M. Brault (Bar No. 03943)
                                           101 S. Washington Street
                                           Rockville, MD 20850
                                           P: 301-424-1060
                                           F: 301-424-7991
                                           E: jmb@braultgraham.com
                                           *Attorneys for Defendant JTM Capital Management, LLC*