UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DOROTHY RENEE JACKSON

       Plaintiff,

Case No.: 8:19-cv-01009-TDC

v.

JTM CAPITAL MANAGEMENT, LLC
WEINBERG MEDIATION GROUP LLC
ROYAL ASSET MANAGEMENT, INC.

       Defendants.

## DEFENDANTS' RESPONSE TO THE COURT'S
## STANDING ORDER CONCERING REMOVAL

Pursuant to the Court's Order dated April 4, 2019 (Doc. 4), Defendant JTM Capital Management, LLC ("JTM"), by and through its undersigned attorneys hereby notifies this Court and all parties of the following:

1. JTM Capital Management, LLC was served on March 11, 2019. Defendant Royal Asset Management, LLC was served on March 11, 2019. JTM is unsure when or if Defendant Weinberg Mediation Group LLC was served with process.

2. The subject matter was removed on the basis of a federal question.

3. Upon information and belief, removal occurred within 30 days of which the first Defendant was served.

4. Not applicable.

5. All Defendants have expressly consented to the removal of the subject action. The subject statement was presented to Defendants Royal Asset Management, Inc. and Weinberg Mediation Group, LLC who have expressly approved same.

1

DATED: April 9, 2019

**BRAULT GRAHAM, LLC**

/s James M. Brault
James M. Brault (Bar No. 03943)
101 S. Washington Street
Rockville, MD 20850
P: 301-424-1060
F: 301-424-7991
E: jmb@braultgraham.com
*Attorneys for Defendant JTM Capital Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2019, I cause a true and accurate copy of the foregoing to be e-filed and served via ECF e-filing system on:

Ingmar Bancroft Goldson
The Goldson Law Office
1734 Elton Road, Suite 210
Silver Spring, MD 20903

Emanwel Josef Turnbull
The Holland Law Firm PC
914 Bay Ridge Road, Suite 230
Annapolis, MD 21401
*Attorneys for Plaintiff*

I further certify that on this 9th day of April, 2019, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to:

Weinberg Mediation Group LLC
3380 Sheridan Drive, Suite 133
Amherst, NY 14226
*Defendant*

Royal Asset Management, Inc. by
Capital Administrations, LLC
1712 Pioneer Avenue, Suite 115
Cheyenne, WY 8200l
*Defendant*

/s James M. Brault
James M. Brault (Bar No. 03943)