# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| DOROTHY RENEE JACKSON, *on Behalf of Herself and Others Similarly Situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>JTM CAPITAL MANAGEMENT, LLC, WEINBERG MEDIATION GROUP LLC and ROYAL ASSET MANAGEMENT, INC.,<br><br>    Defendants. | Civil Action No. TDC-19-1009 |

# ORDER

On March 1, 2019, Plaintiff Dorothy Renee Jackson filed her Complaint in the Circuit Court for Montgomery County, Maryland. ECF No. 11. Defendant JTM Capital Management, LLC ("JTM") removed the action to this Court on April 3, 2019. ECF No. 1. In JTM's Notice of Removal, JTM states that, upon information and belief, Royal Asset Management, Inc. ("Royal") was served on March 11, 2019. Under Federal Rule of Civil Procedure 81(c)(2), a responsive pleading in a removed action is due within 21 days of service or 7 days after the notice of removal is filed, whichever is later. If JTM's information is accurate, Royal's responsive pleading was thus due on April 10, 2019.

Accordingly, it is hereby ORDERED that within 14 days of this Order Jackson must file proof of service of the Summons and Complaint on Royal, if in fact Royal has been served.

If Royal was in fact served on March 11, 2019, Jackson must also file and serve on Royal a Motion for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a) or show cause as to why such motion would be inappropriate.

Date: May 14, 2019

/s/
THEODORE D. CHUANG
United States District Judge