# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| DOROTHY RENEE JACKSON, *on Behalf of Herself and Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>JTM CAPITAL MANAGEMENT, LLC, WEINBERG MEDIATION GROUP LLC and ROYAL ASSET MANAGEMENT, INC.,<br><br>Defendants. | Civil Action No. TDC-19-1009 |

## ORDER

For the reasons stated during the May 15, 2019 Case Management Conference, it is hereby ORDERED that:

Plaintiff is granted leave to file the proposed Motion. The Motion will be deemed timely if filed by **May 22, 2019**. Defendant's Opposition to the Motion is due by **June 5, 2019**. Plaintiff's Reply to Defendant's Opposition is due by **June 19, 2019**. By agreement of the parties, the Motion and Opposition Memorandum shall be limited to 15 pages each, and the Reply Memorandum shall be limited to 5 pages.

Date: May 15, 2019

                                                                                           /s/<br>
                                                   THEODORE D. CHUANG<br>
                                                   United States District Judge