IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOROTHY JACKSON<br><br>Plaintiff,<br><br>v.<br><br>JTM CAPITAL MANAGEMENT, LLC., et al<br><br>Defendants. | Case No. 8:19-cv-1009-TDC |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff, Dorothy Jackson, requests that the clerk of court enter default against Defendant, Royal Asset Management, Inc. ("RAM"), pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and in particular the affidavits of service as to defendant RAM (ECF 19 and 20).

Respectfully submitted,

Dated: May 17, 2019

*/s/ Emanwel J. Turnbull*
Emanwel J. Turnbull
Fed. Bar No. 19674
THE HOLLAND LAW FIRM, P.C.
914 Bay Ridge Rd, Ste 230
Annapolis, MD 21403
Telephone: (410) 280-6133
Facsimile: (410) 280-8650
eturnbull@hollandlawfirm.com

Ingmar Goldson
igoldson@goldsonlawoffice.com
THE GOLDSON LAW OFFICE
1734 Elton Road, Suite 210
Silver Spring, MD 20903
Tel.    (240) 780-8829
Fax.   (877) 397-0707

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      This is to certify a copy was served on Defendant's counsel when filed through the CM/ECF system on May 17, 2019, and by first class mail postage pre-paid on:

Weinberg Mediation Group, LLC
By: Jerry Verhagen
3380 Sheridan Drive, Ste. 133
Amherst, NY 14226

Royal Asset Management, Inc.
By: Capital Administrations, LLC
1712 Pioneer Avenue, Ste. 115
Cheyenne, WY 82001

*Defendants*

                                              */s/Emanwel J. Turnbull*
                                              Emanwel J. Turnbull