# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOROTHY RENEE JACKSON<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL ASSET MANAGEMENT, INC.,<br><br>Defendant. | Civil Action No. TDC-19-1009 |

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of plaintiff that the summons and Complaint were properly served upon the above named Defendant on March 11, 2019, and that the time for said Defendant to plead or otherwise defend expired on April 1, 2019, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answers or other defense by said Defendants are entered this 20th day of May 2019.

FELICIA C. CANNON, CLERK

By: /s/
Kelly Saah
Deputy Clerk