# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

DOROTHY RENEE JACKSON, *on Behalf of Herself and Others Similarly Situated*,

    Plaintiff,

    v.

JTM CAPITAL MANAGEMENT, LLC, WEINBERG MEDIATION GROUP LLC and ROYAL ASSET MANAGEMENT, INC.,

    Defendants.

Civil Action No. TDC-19-1009

## ORDER

On May 15, 2019, this Court held a Case Management Conference and entered an Order granting Plaintiff Dorothy Renee Jackson leave to file a Motion to Strike certain affirmative defenses in the Answer filed by Defendant JTM Capital Management, LLC's ("JTM"). Jackson timely filed a Motion to Strike JTM's Fifth Affirmative Defense on May 22, 2019. Although JTM stated during the Case Management Conference that it intended to oppose Jackson's Motion, JTM never filed an Opposition Memorandum, the deadline having passed on June 5, 2019.

Accordingly, it is hereby ORDERED that Jackson's Motion to Strike, ECF No. 26, is GRANTED as unopposed. The Fifth Affirmative Defense stated in JTM's Amended Answer, ECF No. 16, is STRICKEN.

Date: August 12, 2019

                                        /s/
                             THEODORE D. CHUANG
                             United States District Judge