| | |
|---|---|
| DOROTHY JACKSON<br><br>    Plaintiff,<br><br>v.<br><br>JTM CAPITAL MANAGEMENT, LLC., et al<br><br>    Defendants. | Case No. 8:19-cv-1009-TDC |

## JOINT REPORT ON DISCOVERY

### I. WHETHER DISCOVERY IS COMPLETE

Discovery has not been completed. The following issues remain outstanding:

1. Plaintiff and JTM are attempting to agree a date for the deposition of JTM's 30(b)(6) representative and Plaintiff. JTM has advised that it will not be possible to depose its representative until December 2019.

2. Plaintiff believes that it has outstanding discovery disputes with JTM concerning information relevant to the size and membership of the putative class (and thus the issue of ascertainability of the class). JTM disagrees

3. Plaintiff issued a document subpoena to BEAM 4D Enterprises, which maintains the web-based collection software used by JTM. Plaintiff has a dispute with BEAM regarding its ability to produce certain documents requested concerning the class claim.

4. In the event that Plaintiff's motion for alternative service is granted, and Weinberg Mediation Group answers the complaint, discovery will be required as to Weinberg Mediation Group, and Weinberg Mediation Group will presumably wish to conduct discovery on Plaintiff.

5. Plaintiff believes there is a dispute with JTM concerning Plaintiff's responses to requests for admissions. JTM disagrees.

## II. PENDING MOTIONS

Plaintiff's Motion for Alternative Service on Weinberg Mediation Services (ECF 34) is pending.

## III. DISPOSITIVE PRE-TRIAL MOTIONS

Plaintiff intends to file a motion for partial summary judgment on liability. Although not a dispositive motion, Plaintiff notes here that she intends to file a motion for class certification when practicable.

JTM intends to file a motion for summary judgment.

## IV. TRIAL

The case is to be a jury trial with an anticipated length of 3 days.

## V. SETTLEMENT NEGOTIATIONS

Plaintiff and JTM have not met for settlement negotiations. The parties are fundamentally opposed on issues of liability and whether a class can properly be certified, and request a referral to a federal magistrate judge (see below).

## VI. REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION

The parties agree to a referral to a Federal Magistrate Judge for mediation after the resolution of any dispositive pretrial motion.

## VII. CONSENT TO PROCEEDING BEFORE A MAGISTRATE JUDGE

All parties do not consent.

## VIII. OTHER MATTERS

In light of the discovery issues described above, and the state of settlement

negotiations, Plaintiff and JTM (the only parties presently participating in the case) request that the discovery deadline be extended to February 10, 2019 and the deadline for Notice of Intent to File a Pretrial Dispositive Motion be extended to February 17, 2019.

Respectfully submitted,

Dated: October 11, 2019

By: /s/ Emanwel J. Turnbull
Emanwel J. Turnbull
Fed. Bar No. 19674
The Holland Law Firm, P.C.
914 Bay Ridge Rd. Ste 230
Annapolis, MD 21403
Telephone: (410) 280-6133
Facsimile: (410) 280-8650
eturnbull@hollandlawfirm.com

*Counsel for Plaintiff*

By: /s Brendan H. Little
Brendan H. Little (Pro Hac Vice)
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
T: 716-853-5100
F: 716-853-5199
blittle@lippes.com

*Attorneys for Defendant
JTM Capital Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I served the foregoing on counsel of record for each defendant via ECF, and by first class mail postage pre-paid on:

    Weinberg Mediation Group, LLC
    Resident Agent: Jerry Verhagen
    3380 Sheridan Dr. Suite 133
    Amherst, NY 14266

                                                */s/Emanwel J. Turnbull*
                                                EMANWEL J. TURNBULL