Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option A) or with Physical Return Receipt Service (Option B).

Case 8:19-cv-01009-TDC   Document 42-1   Filed 12/31/19   Page 1 of 2

**A**

**Certified Mail**
WITHOUT Physical Return Receipt Service
*(No Return Receipt Card)*
Instructions
1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

stamps.com®

U.S. Postal Service Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9402 6118 9956 1358 7840 00

FEES
Postage per piece    $7.610
Certified Fee        $3.500
Total Postage & Fees: $11.110

ARTICLE ADDRESS TO:

Weinberg Mediation Group, LLC
C/O Jerry Verhagen
3380 Sheridan Dr. 133
Amherst NY 14226-1439

Postmark Here

Delivery Address when used with A or Return Address when used with B

Top of the page

CERTIFIED MAIL

← Fold and Tear →

CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**
- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: ( ☐ Addressee or ☐ Agent)
X
B. Received By: *(Printed Name)*   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type

VOID

**B**

**Certified Mail**
WITH Physical Return Receipt Service
*(Uses Return Receipt Card)*
Instructions
1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

Certified Mail Labels (SDC-3930)
Covered by and/or for use with U.S. Patents 6,244,763; 6,868,406; 7,216,110; 7,236,956; 7,236,970; 7,490,065; 7,567,940; 7,613,639; 7,743,043; 7,882,094; 8,027,926; 8,027,927; 8,041,644; 8,046,823; 8,103,647; 8,195,579; 8,301,572; 8,392,391; 8,498,943 and 8,843,464.

stamps.com®
*1-UP Laser Form*
*USA CMF - 134 04/19*

2. Article Number *(Transfer from service label)*

PS Form 3811 Facsimile, July 2015 (SDC 3930)   Domestic Return Receipt

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option Ⓐ) or with Physical Return Receipt Service (Option Ⓑ).

**Ⓐ Certified Mail WITHOUT Physical Return Receipt Service**
*(No Return Receipt Card)*
**Instructions**
1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

stamps.com

U.S. Postal Service
Certified Mail Receipt

**OUTBOUND TRACKING NUMBER**
9402 6118 9956 1358 7059 44

**FEES**
Postage per piece        $7.610
Certified Fee            $3.500
Total Postage & Fees:    $11.110

**ARTICLE ADDRESS TO:**

Weinberg Mediation Group, LLC
C/O Jerry Verhagen
3775 Colin Ct.
North Tonawanda NY 14120-3601

Postmark Here

Delivery Address when used with Ⓐ or Return Address when used with Ⓑ

→ Top of the page

CERTIFIED MAIL
CERTIFIED MAIL

← Fold and Tear →

**SENDER: COMPLETE THIS SECTION**
- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: ( ☐ Addressee or ☐ Agent)
X
B. Received By: (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type

2. Article Number (Transfer from service label)

CERTIFIED MAIL

**Ⓑ Certified Mail WITH Physical Return Receipt Service**
*(Uses Return Receipt Card)*
**Instructions**
1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

VOID

Certified Mail Labels (SDC-3930)
Covered by and/or for use with U.S. Patents 6,244,763; 6,868,406; 7,216,110; 7,236,956; 7,236,970; 7,490,065; 7,567,940; 7,613,639; 7,743,043; 7,882,094; 8,027,926; 8,027,927; 8,027,935; 8,041,644; 8,046,823; 8,103,647; 8,195,579; 8,301,572; 8,392,391; 8,498,943 and 8,843,464.

stamps.com
★ 1-UP Laser Form ★
USA CMF - 134 04/19

PS Form 3811 Facsimile, July 2015 (SDC 3930)                    Domestic Return Receipt