**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

DOROTHY RENEE JACKSON, *on Behalf of Herself and Others Similarly Situated*,

    Plaintiff,

v.

JTM CAPITAL MANAGEMENT, LLC,
WEINBERG MEDIATION GROUP LLC and
ROYAL ASSET MANAGEMENT, INC.,

    Defendants.

Civil Action No. TDC-19-1009

**ORDER**

On January 8, 2020, the parties were directed to file a Joint Status Report addressing the topics in Part V of the Court's Scheduling Order, ECF No. 21, by February 10, 2020. To date, no Joint Status Report has been filed. Accordingly, it is hereby ORDERED that:

1. The parties shall file their Joint Status Report within **seven days** of the date of this order.

2. A Case Management Conference is scheduled for **March 3, 2020 at 11:00 a.m.** to discuss Defendant JTM Capital Management, LLC's Notice of Intent to File a Motion for Summary Judgment. *See* ECF No. 44. In addition to the proposed motion, the parties should be prepared to address whether they consent, pursuant to 28 U.S.C. § 636(c), to have all further proceedings before a Magistrate Judge and whether they wish to participate in a mediation session with a Magistrate Judge, whether before, during, or after discovery. Parties are expected to consult with their clients and confer with each other on these issues in advance of the Pre-Motion

Conference and, if possible, present joint views to the Court.

3. To join the call at the scheduled time:

   a. Dial **1-888-557-8511**.

   b. Enter access code **3008173**, followed by the # key. You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code.

   c. When prompted, enter security code **03031100** followed by the # key.

The call will be recorded, so please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar.


Date: February 24, 2020

/s/ Theodore D. Chuang
THEODORE D. CHUANG
United States District Judge