**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

DOROTHY RENEE JACKSON, on *Behalf of Herself and Others Similarly Situated*,

      Plaintiff,

v.

JTM CAPITAL MANAGEMENT, LLC
WEINBERG MEDIATION GROUP LLC
ROYAL ASSET MANAGEMENT, INC.

      Defendants.

Case No.: 8:19-cv-01009-TDC

## JOINT STATEMENT OF UNDISPUTED FACTS

Pursuant to the Court's Case Management Order filed on April 4, 2019 (Doc. 6), Plaintiff Dorothy Renee Jackson ("Plaintiff") and Defendant JTM Capital Management, LLC ("JTM") have conferred and submit this Joint Statement of Undisputed Facts for the purposes of JTM's motion for summary judgment.

1. JTM is in the business of purchasing debts from originating creditors.

2. On or about July 7, 2017, JTM entered into a Collection Services Agreement with defendant Weinberg Mediation Group LLC ("Weinberg") to collect certain accounts placed with Weinberg by JTM (the "Weinberg CSA").

3. On or about August 8, 2018, JTM entered into a Collection Services Agreement with defendant Royal Asset Management, Inc. ("RAM") to collect certain accounts placed with RAM by JTM (the "RAM CSA").

4. On or about May 30, 2017, JTM acquired Plaintiff's alleged Mid America Bank and Trust account ending in 9346 (the "First Debt") as part of one portfolio of accounts purchased by JTM (the "First Portfolio").

5. On or about May 30, 2017, JTM acquired Plaintiff's alleged Mid America Bank and Trust account ending in 4534 (the "Second Debt") as part of a separate portfolio of accounts purchased by JTM (the "Second Portfolio").

6. In February 2018, JTM placed the First Portfolio with RAM for collection.

7. In February 2018, JTM placed the Second Portfolio with Weinberg for collection.

8. RAM and Weinberg did not have Collection Agency licenses in the State of Maryland at the time of JTM placed the debts with RAM and Weinberg.

9. JTM did not place any telephone calls, send letters or otherwise directly communicate or attempt to directly communicate with Plaintiff.

10. During the time period referenced in the Complaint, JTM was a licensed Collection Agency in the State of Maryland.

11. JTM currently is a licensed Collection Agency in the State of Maryland.

Dated: September 18, 2020

LIPPES MATHIAS WEXLER FRIEDMAN LLP

/s Brendan H. Little
Brendan H. Little, Esq., Pro Hac Vice
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com

*Attorneys for Defendant JTM Capital Management, LLC*


THE GOLDSON LAW OFFICE

/s/ Ingmar Goldson
Ingmar Goldson, Esq.
8737 Colesville Rd. Suite 308
Silver Spring, MD 20910
T: 240-780-8829
E: igoldson@goldsonlawoffice.com

*Attorneys for Plaintiff*